| | | |
|---|---|---|
| **HECTOR ORDONEZ AND CELINI ALONZO ORDONEZ, INDIVIDUALLY AND AS THE NATURAL TUTOR (TRIX) OF THE MINORS, KIARA ORDONEZ ALONZO AND ISABELLA ORDONEZ ALONZO AND HECTOR ORDONEZ AS THE NATURAL TUTOR OF THE MINOR, JOSEPF ORDONEZ CRUZ** | * | **NO. 2025-CA-0224** |
| | * | **COURT OF APPEAL** |
| | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

**\* \* \* \* \* \* \***

**VERSUS**

**SSW PROPERTIES LLC, MARK WINSTON STALDER, HUGO ST. HILAIRE AND DANIEL J. WOMAC**

*JCL*

**LOBRANO, J., CONCURS AND ASSIGNS REASONS**

I agree with the majority that genuine issues of material fact preclude summary judgment. I write separately to emphasize that the record, including SSW's inspection report noting "open seams and rust" and the post-accident photographs showing visible corrosion on the same railing involved in the accident, supports competing inferences about whether the condition posed an unreasonable risk of harm and whether it should have been discovered through ordinary care. These are factual determinations that do not require expert testimony and must be resolved by the trier of fact. For these reasons, I concur in the decision to reverse and remand the matter.